# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2026

### NO. 03-25-00138-CV

**In re Commitment of Jasper Lee Hill**

**APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS
AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the final judgment signed by the trial court on November 19, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.